IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ) <br> Shannon Christopher Harrop, ) <br> ) <br> Defendant ) | Case Number 1:09-CR-30045-PA-5 <br><br> **ORDER** |

Defendant's motion for early termination of his supervised release is denied at this time. Based in part on defendant's history and character of record and the nature and circumstances of his offenses, and concurrent with the recommendation of Defendant's probation officer and the United States Attorney, there is no evidence justifying the early termination of his supervised release.

DATED this 1st day of November, 2016.

*/s/ Owen M. Panner*
Owen M. Panner
Senior United States District Judge

Page 1 - ORDER